UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |
|---|---|
| TRINITY HOMES, LLC and BEAZER HOMES INVESTMENT CORP., <br><br>    Plaintiffs, <br><br>v. <br><br>REGENT INSURANCE COMPANY, OHIO CASUALTY INSURANCE COMPANY, ONE BEACON INSURANCE GROUP, CINCINNATI INSURANCE COMPANY, and ILLINOIS UNION INSURANCE COMPANY, <br><br>    Defendants. | Case No. 1:04-CV-1920-JDT-WTL |

**ORDER ON PARTIAL STIPULATED DISMISSAL WITH PREJUDICE**

Plaintiffs, Trinity Homes, LLC ("Trinity") and Beazer Homes Investment Corp. ("Beazer") (collectively "Plaintiffs"), and Defendant Ohio Casualty Insurance Company ("Ohio Casualty"), by their respective counsel, having stipulated and agreed that the claims Plaintiffs and Ohio Casualty have, may have, or ever had against each other in the above-referenced action relating to Ohio Casualty's duty to defend the "Underlying Lawsuits" (as defined in the Complaint) and Plaintiffs' claims for Bad Faith Denial of Coverage against Ohio Casualty should be dismissed, with prejudice, costs having been

- 2 -

paid, this Court being duly advised now finds that said claims should be dismissed with prejudice.

IT IS THEREFORE ORDERED that the claims Plaintiffs and Ohio Casualty have, may have, or ever had against each other in the above-referenced action relating to Ohio Casualty's duty to defend the "Underlying Lawsuits" (as defined in the Complaint) and Plaintiffs' claims for Bad Faith Denial of Coverage against Ohio Casualty be, and are hereby, dismissed with prejudice, costs paid.

IT IS FURTHER ORDERED that this partial dismissal does not apply to Plaintiffs' claims against Ohio Casualty concerning indemnity for the Underlying Lawsuits or for Estoppel, nor to any of Ohio Casualty's defenses thereto, nor does it affect the rights or liabilities of any other defendant in this action.

DATED: 11/23/2005

_____

John Daniel Tinder, Judge
United States District Court

Copies to:

Scott A. Harkness / Bruce L. Kamplain, NORRIS CHOPLIN & SCHROEDER, LLP, 101 West Ohio Street, Ninth Floor, Indianapolis, IN  46204-4213; 3l7/269-9330; 317/269-9338 Fax;  sharkness@ncs-law.com; bkamplain@ncs-law.com

Michael M. Raeber / Emily Sweet / Ranse M. Partin, KING & SPALDING, LLP, 191 Peachtree Street, Atlanta, GA  30303;  404/572-4600;  404/572-5100 Fax;  mraeber@kslaw.com; esweet@kslaw.com; rpartin@kslaw.com

Lee B. McTurnan / Steven M. Badger / Julianna M. Plawecki, McTURNAN & TURNER, 2400 Market Tower, 10 West Market Street, Indianapolis, IN  46204;  317/464-8181;  317/464-8131 Fax; jplawecki@mtlitig.com; lmcturnan@mtlitig.com; sbadger@mtlitig.com

Michael D. Huber / James K. Horstman / LaDonna L. Boeckman, IWAN CRAY HUBER HORSTMAN & VAN AUSDAL, LLC, 303 West Madison Avenue, Suite 2200, Chicago, IL  60606;  312/332-8450;  312/332-8451 Fax; mdh@iwancray.com; llb@iwancray.com; jkh@iwancray.com

Heather L. Buchanan / Joshua Wall / Stephen R. Bishop, COZEN O'CONNOR, 1900 Market Street, Philadelphia, PA 19103-3508; hbuchanan@cozen.com jwall@cozen.com; sbishop@cozen.com

Stephen J. Peters, STEWART & IRWIN, P.C., 251 East Ohio Street, Suite 1100, Indianapolis, IN  46204-2147;  317/639-5454;  317/632-1319; speters@stewart-irwin.com

Martin J. Gardner / Kristy M. Rans, GARDNER & RANS, PC, 112 West Jefferson, Suite 603, South Bend, IN  46601;  574/233-6035;  mgardner@gardnerandrans.com; krans@gardnerandrans.com