IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION


Written Opinion
Under the E-Government Act and Judicial Conference policy

| | |
|---|---|
| TRINITY HOMES LLC and BEAZER HOMES INVESTMENTS LLC,<br>    Plaintiffs,<br><br>v.<br><br>OHIO CASUALTY INSURANCE COMPANY, AMERICAN EMPLOYERS' INSURANCE COMPANY, ONE BEACON AMERICA INSURANCE COMPANY, ILLINOIS UNION INSURANCE COMPANY, and CINCINNATI INSURANCE COMPANY,<br>    Defendants. | Case No. 1:04-CV-1920-JDT-WTL |

## PROPOSED COURT ORDER

Having considered PLAINTIFFS' MOTION TO FILE UNDER SEAL EXHIBIT G TO AFFIDAVIT OF W. MARK BERRY, the Court finds that Exhibit G to the Affidavit of W. Mark Berry in Support of Plaintiffs' Motion for Partial Summary Judgment Against Defendant Cincinnati Insurance Company ("Exhibit G") contains protectible commercial information and Plaintiffs have shown good cause for Exhibit G to be filed and maintained under seal.

**IT IS HEREBY ORDERED** that Exhibit G shall be filed and maintained under seal. The Clerk is directed to detach Exhibit G from this motion and file it, under seal, with the

affidavit of W. Mark Berry in Support of Plaintiffs' Motion for Partial Summary Judgment Against Defendant Cincinnati Insurance Company, which is already on file with this Court.

IT IS SO **ORDERED**. This 12th day of December, 200 5.

12/12/2005

John Daniel Tinder, Judge
United States District Court